FILED
FEB 2 4 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | MO-09-CR-211 |
| CHARLES EDWARD CURRY, Defendant. | § § | |

### VERDICT FORM

Answer "not guilty" or "guilty."

**COUNT ONE**

We the Jury find that Defendant **CHARLES EDWARD CURRY** is  _Guilty_
                                                              Not Guilty/Guilty

of the offense charged in Count One of the Indictment.

**COUNT TWO**

We the Jury find that Defendant **CHARLES EDWARD CURRY** is  _Guilty_
                                                              Not Guilty/Guilty

of the offense charged in Count Two of the Indictment.

**COUNT THREE**

We the Jury find that Defendant **CHARLES EDWARD CURRY** is  _Guilty_
                                                              Not Guilty/Guilty

of the offense charged in Count Three of the Indictment.

**COUNT FOUR**

We the Jury find that Defendant **CHARLES EDWARD CURRY** is  _Guilty_
                                                              Not Guilty/Guilty

of the offense charged in Count Four of the Indictment.

## COUNT FIVE

We the Jury find that Defendant **CHARLES EDWARD CURRY** is  _Guilty_
Not Guilty/Guilty

of the offense charged in Count Five of the Indictment.

*If you answered "Not Guilty," please proceed to Count Six and do not answer Questions 5A and 5B. If you answered "Guilty," please answer both Questions 5A and 5B below.*

    5A.    We the Jury find that Defendant CHARLES EDWARD CURRY used G.C.'s social security number during and in relation to the wire fraud violation set forth in Count One of the Indictment.

        _Yes_
        No/Yes

    5B.    We the Jury find that Defendant CHARLES EDWARD CURRY used S.F.'s bank account information during and in relation to the wire fraud violation set forth in Count One of the Indictment.

        _Yes_
        No/Yes

## COUNT SIX

We the Jury find that Defendant **CHARLES EDWARD CURRY** is  _Guilty_
Not Guilty/Guilty

of the offense charged in Count Six of the Indictment.

*If you answered "Not Guilty," please proceed to Count Seven and do not answer Questions 6A and 6B. If you answered "Guilty," please answer both Questions 6A and 6B below.*

    6A.    We the Jury find that Defendant CHARLES EDWARD CURRY used G.C.'s social security number during and in relation to the wire fraud violation set forth in Count Two of the Indictment.

        _Yes_
        No/Yes

K:\Jenell Chambers\JUNELL CLERKS\MBaker\Criminal\US v. Curry, Charles Edward MO-09-CR-211\Jury Charge and verdict form 2-24-10 9am.wpd
February 24, 2010 (9:48am)

- 20 -

6B. We the Jury find that Defendant CHARLES EDWARD CURRY used S.F.'s bank account information during and in relation to the wire fraud violation set forth in Count Two of the Indictment.

_Yes_
No/Yes

## COUNT SEVEN

We the Jury find that Defendant CHARLES EDWARD CURRY is _Guilty_
Not Guilty/Guilty

of the offense charged in Count Seven of the Indictment.

*If you answered "Not Guilty," please proceed to Count Eight and do not answer Questions 7A and 7B. If you answered "Guilty," please answer both Questions 7A and 7B below.*

7A. We the Jury find that Defendant CHARLES EDWARD CURRY used R.A.'s social security number during and in relation to the wire fraud violation set forth in Count Three of the Indictment.

_Yes_
No/Yes

7B. We the Jury find that Defendant CHARLES EDWARD CURRY used M.T.'s bank account information during and in relation to the wire fraud violation set forth in Count Three of the Indictment.

_Yes_
No/Yes

## COUNT EIGHT

We the Jury find that Defendant CHARLES EDWARD CURRY is _Guilty_
Not Guilty/Guilty

of the offense charged in Count Eight of the Indictment.

*If you answered "Not Guilty," please proceed to SIGN AND ENTER YOUR VERDICT and do not answer Questions 8A and 8B. If you answered "Guilty," please answer both Questions 8A and 8B below.*

8A. We the Jury find that Defendant CHARLES EDWARD CURRY used R.A.'s social security number during and in relation to the wire fraud violation set forth in Count Four of the Indictment.

__Yes__
No/Yes

8B. We the Jury find that Defendant CHARLES EDWARD CURRY used M.T.'s bank account information during and in relation to the wire fraud violation set forth in Count Four of the Indictment.

__Yes__
No/Yes

__2-24-10__
DATE

__[signature]__
JURY FOREPERSON

K:\Junell Chambers\JUNELL CLERKS\MBaker\Criminal\US v. Curry, Charles Edward MO-09-CR-211\Jury Charge and verdict form 2-24-10 9am.wpd
February 24, 2010 (9:48am)

- 22 -